UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC.,<br><br>    **Plaintiff,**<br><br>  v.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br><br>    **Defendant.** | Case No: 16-cv-5173<br>ECF Case<br><br>**DEFENDANT'S NOTICE OF MOTION<br>FOR SUMMARY JUDGMENT** |

  PLEASE TAKE NOTICE that Defendant International Business Machines Corporation ("IBM") hereby moves the Court for an order pursuant to Rule 56(a) of the Federal Rules of Civil Procedure granting IBM summary judgment in its entirety, or in the alternative, granting IBM partial summary judgment. This Motion is based on the accompanying Memorandum of Law in Support of Defendant's Motion for Summary Judgment, the Declaration of Kevin S. Reed, executed July 27, 2018, with exhibits thereto, and Defendant's Local Rule 56.1 Statement of Material Facts As To Which There Is No Genuine Issue To Be Tried, and upon all prior proceedings herein.

  Oral argument on this Motion shall be held on a date and at a time designated by the Court.

  PLEASE TAKE FURTHER NOTICE that, pursuant to this Court's Scheduling Order in this matter, ECF No. 102, opposition papers shall be served no later than September 14, 2018.

Dated: July 27, 2018
New York, New York

        QUINN EMANUEL URQUHART &
        SULLIVAN, LLP

By:   */s/ Kevin S. Reed*
      Richard I. Werder, Jr.
      Kevin S. Reed
      Elinor Sutton
      Hope Skibitsky, *pro hac vice*
      Florentina Dragulescu, *pro hac vice*
      51 Madison Avenue, 22nd Floor
      New York, New York 10010
      Tel. (212) 849-7000
      Fax (212) 849-7100
      rickwerder@quinnemanuel.com
      kevinreed@quinnemanuel.com
      elinorsutton@quinnemanuel.com
      hopeskibitsky@quinnemanuel.com
      florentinafield@quinnemanuel.com

*Attorneys for Defendant*