# Weil, Gotshal & Manges LLP

VIA ECF

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

David J. Lender
+1 (212) 310-8153
david.lender@weil.com

September 11, 2018

**MEMO ENDORSED**

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Nuance Communications, Inc. v. International Business Machines Corp.*, No. 16-cv-05173-KMK (S.D.N.Y.)

Dear Judge Karas:

We represent Nuance Communications, Inc. ("Nuance") in the above-captioned matter. Together with Nuance's Opposition to Defendant International Business Machines Corporation's Motion for Summary Judgment, Nuance plans to include relevant material that has been designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this action (Dkt. No. 22). As such, in order to comply with Sections 7.2 and 7.3 of the Protective Order, Nuance respectfully requests permission to file such materials under seal.

Defendant International Business Machines Corp. does not object to this request.

Granted.
So Ordered.
[signature]
9/12/18

Respectfully submitted,

/s/ David J. Lender

David J. Lender