IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Nuance Communications, Inc., | : | CIVIL ACTION |
| | : | NO. 16-5173 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| International Business Machines Corporation, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this **14th** day of **November, 2019,** after considering the parties' deposition designations and objections, it is hereby **ORDERED**[1] that:

1. Nuance's objection to the Designations of the Deposition of E. Cox, on page 108, is **SUSTAINED**;

2. Nuance's objection to the Designations of the Deposition of E. Cox, on pages 153 through 156, is **SUSTAINED**;

3. Nuance's objection to the Designations of the Deposition of Devarakonda, on page 153, is **OVERRULED**;

4. Nuance's objection to the Designations of the Deposition of Devarakonda, on pages 153 through 154, is **OVERRULED**;

---

[1] Exhibit "A" is a chart summarizing the Court's rulings on the objections.

5.  Nuance's objection to the Designations of the Deposition of Devarakonda, on pages 157 through 158, is **OVERRULED**;

6.  Nuance's objection to the Designations of the Deposition of Morello, on page 26, is **SUSTAINED**;

7.  Nuance's objection to the Designations of the Deposition of Morello, on page 27, is **SUSTAINED**;

8.  IBM's objection to the Designations of the Deposition of Fanty, on page 76, is **OVERRULED**;

9.  IBM's objection to the Designations of the Deposition of Fanty, on page 77, is **OVERRULED**;

10. IBM's objection to the Designations of the Deposition of Fanty, on pages 117 through 118, is **OVERRULED**;

11. IBM's objection to the Designations of the Deposition of Fanty, on pages 122 through 123, is **OVERRULED**;

12. IBM's objection to the Designations of the Deposition of Fanty, on page 136, is **OVERRULED**;

13. IBM's objection to the Designations of the Deposition of Fanty, on pages 136 through 137, is **OVERRULED**;

14. IBM's objection to the Designations of the Deposition of Fanty, on pages 137 through 138, is **OVERRULED**;

15. IBM's objection to the Designations of the Deposition of Fanty, on page 170, is **OVERRULED**;

16. IBM's objection to the Designations of the Deposition of Fanty, on pages 170 through 171, is **OVERRULED**;

17. IBM's objection to the Designations of the Deposition of Liao, on pages 84 through 85, is **OVERRULED**;

18. IBM's objection to the Designations of the Deposition of Liao, on pages 85 through 86, is **OVERRULED**;

19. IBM's objections to the Designations of the Deposition of Liao, on page 111, are **SUSTAINED**;

20. IBM's objection to the Designations of the Deposition of Liao, on page 174, is **OVERRULED**;

21. IBM's objection to the Designations of the Deposition of Morello, on page 15, is **OVERRULED**;

22. IBM's objection to the Designations of the Deposition of Morello, on page 16, is **OVERRULED;**

23. IBM's objection to the Designations of the Deposition of Morello, on pages 16 through 17, is **OVERRULED;**

24. IBM's objections to the Designations of the Deposition of Morello, on page 18, are **OVERRULED;**

25. IBM's objection to the Designations of the Deposition of Morello, on pages 57 through 58, is **OVERRULED;**

26. IBM's objections to the Designations of the Deposition of Morello, on page 58, are **OVERRULED;**

27. IBM's objection to the Designations of the Deposition of Morello, on page 59, is **SUSTAINED;**

28. IBM's objections to the Designations of the Deposition of Morello, on page 94, are **OVERRULED;**

29. IBM's objection to the Designations of the Deposition of Morello, on pages 94 through 95, is **OVERRULED;**

30. IBM's objection to the Designations of the Deposition of Morello, on page 96, is **OVERRULED;**

31. IBM's objection to the Designations of the Deposition of Rhodin, on page 20, is **OVERRULED;**

32. IBM's objection to the Designations of the Deposition of Rhodin, on page 21, is **OVERRULED;**

33. IBM's objection to the Designations of the Deposition of Rhodin, on page 22, is **OVERRULED;**

34. IBM's objection to the Designations of the Deposition of Rhodin, on page 23, is **OVERRULED;**

35. IBM's objection to the Designations of the Deposition of Rhodin, on page 67, is **OVERRULED;**

36. IBM's objection to the Designations of the Deposition of Rhodin, on page 106, is **OVERRULED;**

37. IBM's objection to the Designations of the Deposition of Rhodin, on page 139, is **OVERRULED;**

38. IBM's objection to the Designations of the Deposition of Rhodin, on page 140, is **OVERRULED;**

39. IBM's objection to the Designations of the Deposition of Rhodin(2)[2], on pages 137 through 138, is **OVERRULED;**

40. IBM's objection to the Designations of the Deposition of Rhodin(2), on page 139, is **OVERRULED;**

41. IBM's objection to the Designations of the Deposition of Rhodin(2), on page 140, is **OVERRULED;**

42. IBM's objection to the Designations of the Deposition of Rhodin(2), on page 168, is **OVERRULED;**

---

[2] Both parties submitted the Rhodin deposition with designations. While there is some overlap between the objections indicated on each, there are some objections that appear on one but not the other. For purposes of this order, the Rhodin deposition submitted by IBM is referenced as Rhodin(2).

43. IBM's objection to the Designations of the Deposition of Rhodin(2), on page 169, is **OVERRULED;**

44. IBM's objection to the Designations of the Deposition of Sejnoha, on pages 96 through 97, is **OVERRULED;**

45. IBM's objection to the Designations of the Deposition of Sejnoha, on page 97, is **SUSTAINED;**

46. IBM's objection to the Designations of the Deposition of Sejnoha, on page 99, is **SUSTAINED;**

47. IBM's objection to the Designations of the Deposition of Sejnoha, on pages 100 through 101, is **SUSTAINED;**

48. IBM's objection to the Designations of the Deposition of Sejnoha, on page 111, is **SUSTAINED;**

49. IBM's objection to the Designations of the Deposition of Sejnoha, on page 135, is **SUSTAINED;**

50. IBM's objection to the Designations of the Deposition of Sejnoha, on page 141, is **SUSTAINED IN PART;**[3]

51. IBM's objection to the Designations of the Deposition of Xiang, on page 28, is **OVERRULED;**

---

[3] The testimony designated here will be permitted to show state of mind.

52. IBM's objection to the Designations of the Deposition of Xiang, on pages 28 through 29, is **OVERRULED;**

53. IBM's objection to the Designations of the Deposition of Xiang, on page 30, is **OVERRULED;**

54. IBM's objection to the Designations of the Deposition of Xiang, on page 40, is **OVERRULED;**

55. IBM's objection to the Designations of the Deposition of Xiang, on pages 69 through 71, is **SUSTAINED;**[4]

56. IBM's objection to the Designations of the Deposition of Xiang, on pages 91 through 92, is **SUSTAINED;**[5]

57. IBM's objection to the Designations of the Deposition of Xiang, on page 93, is **SUSTAINED IN PART;**[6]

58. IBM's objection to the Designations of the Deposition of Xiang, on page 100, is **OVERRULED;**

59. IBM's objection to the Designations of the Deposition of Xiang, on page 101, is **OVERRULED;**

---

[4] The testimony designated here will be excluded because the witness lacks personal knowledge.
[5] The testimony designated here will be excluded because the witness lacks personal knowledge.
[6] The testimony designated here will be permitted to show state of mind.

60. IBM's objection to the Designations of the Deposition of Xiang, on page 102, is **SUSTAINED;**[7]

61. IBM's objection to the Designations of the Deposition of Xiang, on page 103, is **OVERRULED.**

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
*EDUARDO C. ROBRENO,    J.*

---

[7] The testimony designated here will be excluded because the witness lacks personal knowledge.

# EXHIBIT A

| Nuance Communications Objections | | | | | |
|---|---|---|---|---|---|
| Deposition/Location | Basis for Objection | Sustained | Overruled | Sustained in Part/Denied in Part | Reason for Disposition |
| Cox, pg. 108 | Non-Responsive/ Speculation | X | | | |
| Cox, pgs. 153-56 | Hearsay | X | | | |
| Devarakonda, pg. 153 | Hearsay | | X | | |
| Devarakonda, pgs. 153-54 | Hearsay | | X | | |
| Devarakonda, pgs. 157-58 | Hearsay | | X | | |
| Morello, pg. 26 | Hearsay | X | | | |
| Morello, pg. 27 | Hearsay | X | | | |

2

| International Business Machines Corporation Objections | | | | | |
|---|---|---|---|---|---|
| Deposition/Location | Basis for Objection | Sustained | Overruled | Sustained in Part/Denied in Part | Reason for Disposition |
| Fanty, pg. 76 | Unresponsive | | X | | |
| Fanty, pg. 77 | Unresponsive | | X | | |
| Fanty, pgs. 117-18 | Relevance | | X | | |
| Fanty, pgs. 122-23 | Relevance | | X | | |
| Fanty, pg. 136 | Relevance | | X | | |
| Fanty, pgs. 136-37 | Relevance | | X | | |
| Fanty, pgs. 137-38 | Relevance | | X | | |
| Fanty, pg. 170 | Relevance | | X | | |
| Fanty, pgs. 170-71 | Relevance | | X | | |
| Liao, pgs. 84-85 | Relevance | | X | | |

| International Business Machines Corporation Objections |||||||
|---|---|---|---|---|---|
| Deposition/Location | Basis for Objection | Sustained | Overruled | Sustained in Part/Denied in Part | Reason for Disposition |
| Liao, pgs. 85-86 | Relevance | | X | | |
| Liao, pg. 111 | Lack of Personal Knowledge | X | | | |
| Liao, pg. 111 | Lack of Personal Knowledge | X | | | |
| Liao, pg. 174 | Relevance | | X | | |
| Morello, pg. 15 | Outside of Scope | | X | | |
| Morello, pg. 16 | Outside of Scope | | X | | |
| Morello, pgs. 16-17 | Outside of Scope | | X | | |
| Morello, pg. 18 | Relevance | | X | | |
| Morello, pg. 18 | Relevance | | X | | |

| International Business Machines Corporation Objections |||||| 
|---|---|---|---|---|---|
| Deposition/Location | Basis for Objection | Sustained | Overruled | Sustained in Part/Denied in Part | Reason for Disposition |
| Morello, pgs. 57-58 | Outside of Scope | | X | | |
| Morello, pg. 58 | Outside of Scope | | X | | |
| Morello, pg. 58 | Speculation/ Outside of Scope | | X | | |
| Morello, pg. 59 | Speculation/ Outside of Scope | X | | | |
| Morello, pg. 94 | Outside of Scope | | X | | |
| Morello, pg. 94 | Outside of Scope | | X | | |
| Morello, pgs. 94-95 | Outside of Scope | | X | | |
| Morello, pg. 96 | Outside of Scope | | X | | |

| International Business Machines Corporation Objections |||||| 
|---|---|---|---|---|---|
| Deposition/Location | Basis for Objection | Sustained | Overruled | Sustained in Part/Denied in Part | Reason for Disposition |
| Rhodin, pg. 20 | Relevance | | X | | |
| Rhodin, pg. 21 | Relevance | | X | | |
| Rhodin, pg. 22 | Relevance | | X | | |
| Rhodin, pg. 23 | Relevance | | X | | |
| Rhodin, pg. 67 | Relevance | | X | | |
| Rhodin, pg. 106 | Relevance | | X | | |
| Rhodin, pg. 139 | Relevance | | X | | |
| Rhodin, pg. 140 | Relevance | | X | | |
| Rhodin(2)[8], pgs. 137-38 | Relevance | | X | | |

---

[8] Both parties submitted the Rhodin deposition with designations. While there is some overlap between the objections indicated on each, there are some objections that appear on one but not the other. For purposes of this chart, the Rhodin deposition submitted by IBM is referenced as Rhodin(2).

6

| International Business Machines Corporation Objections | | | | | |
|---|---|---|---|---|---|
| Deposition/Location | Basis for Objection | Sustained | Overruled | Sustained in Part/Denied in Part | Reason for Disposition |
| Rhodin(2), pg. 139 | Relevance | | X | | |
| Rhodin(2), pg. 140 | Relevance | | X | | |
| Rhodin(2), pg. 168 | Relevance | | X | | |
| Rhodin(2), pg. 169 | Relevance | | X | | |
| Sejnoha, pgs. 96-97 | Hearsay | | X | | |
| Sejnoha, pg. 97 | Hearsay | X | | | |
| Sejnoha, pg. 99 | Hearsay | X | | | |
| Sejnoha, pgs. 100-01 | Hearsay | X | | | |
| Sejnoha, pg. 111 | Speculation | X | | | |
| Sejnoha, pg. 135 | Hearsay | X | | | |

| International Business Machines Corporation Objections | | | | | |
|---|---|---|---|---|---|
| Deposition/Location | Basis for Objection | Sustained | Overruled | Sustained in Part/Denied in Part | Reason for Disposition |
| Sejnoha, pg. 141 | Hearsay | | | X | State of Mind |
| Xiang, pg. 28 | Relevance/ Outside of Scope | | X | | |
| Xiang, pgs. 28-29 | Relevance/ Outside of Scope | | X | | |
| Xiang, pg. 30 | Outside of Scope | | X | | |
| Xiang, pg. 40 | Outside of Scope | | X | | |
| Xiang, pgs. 69-71 | Relevance | X | | | No personal knowledge |
| Xiang, pgs. 91-92 | Relevance/ Outside of Scope | X | | | No personal knowledge |
| Xiang, pg. 93 | Relevance/ Outside of Scope | | | X | State of Mind |

| International Business Machines Corporation Objections ||||||
| Deposition/Location | Basis for Objection | Sustained | Overruled | Sustained in Part/Denied in Part | Reason for Disposition |
| --- | --- | --- | --- | --- | --- |
| Xiang, pg. 100 | Relevance/ Outside of Scope | | X | | |
| Xiang, pg. 101 | Relevance/ Outside of Scope | | X | | |
| Xiang, pg. 102 | Relevance/ Outside of Scope | X | | | No personal knowledge |
| Xiang, pg. 103 | Relevance/ Outside of Scope | | X | | |