UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> - against - <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION <br><br> Defendant. | Civ. No. 16-cv-5173-ECR <br><br> ECF Case <br><br> [~~PROPOSED~~] ORDER TO SEAL DOCUMENTS |

This matter having come before the Court by way of Defendant International Business Machines Corporation and Plaintiff Nuance Communications, Inc.'s (together, the "Parties") request to allow the filing under seal of witness declarations that have been previously submitted to this Court and any exhibits thereto.

**IT IS HEREBY ORDERED** that the Parties' request is granted and the Parties should file redacted versions of the witness declarations and exhibits thereto on the public docket and unredacted versions of the same under seal.

Dated: 11/14/19

_____
Hon. Eduardo C. Robreno
United States District Judge