IN THE UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF NEW YORK

Nuance Communications, Inc.,   :    CIVIL ACTION
                               :    NO. 16-5173
        Plaintiff              :
     v.                        :
                               :
International Business         :
Machines Corporation,          :
                               :
        Defendant.             :

### **ORDER**

**AND NOW**, this **19th** day of **November, 2019,** it is hereby **ORDERED** that a telephone status conference will be held on November 20, 2019, at 4:00 p.m. before the Honorable Eduardo C. Robreno.  David Lender, Esquire, shall place the call directly to Chambers (215-597-4073) once all participating parties are on the line.


       **AND IT IS SO ORDERED.**


                              */s/ Eduardo C. Robreno*
                              *EDUARDO C. ROBRENO,    J.*