```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF NEW YORK
```

Nuance Communications, Inc.,  :   CIVIL ACTION
                              :   NO. 16-5173
         Plaintiff            :
    v.                        :
                              :
International Business        :
Machines Corporation,         :
                              :
         Defendant.           :

**ORDER**

**AND NOW**, this **21st** day of **November, 2019,** it is hereby

**ORDERED** that the trial scheduled for December 9, 2019 is

**CONTINUED** until further order of the Court.


**AND IT IS SO ORDERED.**


                 s/Eduardo C. Robreno
                 **EDUARDO C. ROBRENO, J.**