IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Nuance Communications, Inc., | : | CIVIL ACTION |
| | : | NO. 16-5173 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| International Business Machines Corporation, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this **25th** day of **November, 2019,** it is hereby **ORDERED** that:

1. This case will be **LISTED** for trial, in the Charles L. Brieant Federal Building and Courthouse in White Plains, to begin on **February 18, 2020,** at 9:30 a.m., in a courtroom to be designated on that day, and will continue daily through **February 21, 2020**; and

2. Expert testimony and any additional fact witnesses[1] not previous heard during the week of February 18, 2020, will be heard, in the Charles L. Brieant Federal Building and Courthouse in White Plains, beginning on **April 6, 2020**, at 9:30 a.m., in a courtroom to be designated on that day, and will

---

[1] If a witness will not be available for trial, a trial deposition shall be taken by the party calling the witness.

continue daily through **April 10, 2020,** as may be necessary.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
*EDUARDO C. ROBRENO,    J.*