IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Nuance Communications, Inc., | : | CIVIL ACTION |
| | : | NO. 16-5173 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| International Business Machines Corporation, | : | |
| | : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this **16th** day of **December, 2019**, it is hereby **ORDERED** that the parties shall submit written narratives setting forth witness testimony, witness lists indicating the order of live testimony, and any supplemental pretrial materials by January 13, 2020.

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBRENO, J.**