IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Nuance Communications, Inc., | : | CIVIL ACTION |
| | : | NO. 16-5173 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| International Business Machines Corporation, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this **13th** day of **February, 2020,** it is hereby **ORDERED** that all the parties' objections to exhibits on the basis of relevance, foundation, and completeness are **OVERRULED without prejudice.**[1] Objections to exhibits on the basis of hearsay will be decided when the exhibits are moved into evidence at trial.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
*EDUARDO C. ROBRENO,    J.*

---

[1] Because this is a bench trial, and the Court will not use any evidence that is irrelevant, lacks foundation, or is incomplete as a basis for its findings of fact, it is appropriate to allow the exhibits to come into evidence subject to a motion to strike. See Bic Corp. v. Far E. Source Corp., 23 F. App'x 36, 39 (2d Cir. 2001) ("Further, the admission of evidence in a bench trial is rarely ground for reversal, for the trial judge is presumed to be able to exclude improper inferences from his or her own decisional analysis.").