IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Nuance Communications, Inc., | : | CIVIL ACTION |
| | : | NO. 16-5173 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| International Business Machines Corporation, | : | |
| | : | |
| Defendant. | : | |

### **ORDER**

**AND NOW**, this **27th** day of **February, 2020,** it is hereby **ORDERED** that this case will be **LISTED** for trial on **March 16, 2020, at 9:30 a.m.** in Courtroom 15A, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**AND IT IS SO ORDERED.**

    s/Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**