```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF NEW YORK
```

Nuance Communications, Inc.,  :   CIVIL ACTION
                                        :   NO. 16-5173
       Plaintiff            :
  v.                             :
                                        :
International Business         :
Machines Corporation,          :
                                        :
       Defendant.           :

### **ORDER**

**AND NOW**, this **13th** day of **March, 2020,** it is hereby **ORDERED** that the trial in this case will be **CONTINUED until April 6, 2020, at 9:30 a.m.** in Courtroom 15A, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

      **AND IT IS SO ORDERED.**

                                       */s/ Eduardo C. Robreno*
                                       *EDUARDO C. ROBRENO,   J.*