IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Nuance Communications, Inc., | : | CIVIL ACTION |
| | : | NO. 16-5173 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| International Business Machines Corporation, | : | |
| | : | |
| Defendant. | : | |

### **ORDER**

**AND NOW**, this **16th** day of **March, 2020,** it is hereby **ORDERED** that in the event that the April 6, 2020, trial date cannot be met, the trial will be held on May 18, 2020, at 9:30 a.m. in Courtroom 15A, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.[1]

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
*EDUARDO C. ROBRENO,    J.*

---

[1] The parties are directed to arrange for the availability of all witnesses, including experts, for both potential trial dates.