```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF NEW YORK

Nuance Communications, Inc.,    :    CIVIL ACTION
                                :    NO. 16-5173
        Plaintiff               :
    v.                          :
                                :
International Business          :
Machines Corporation,           :
                                :
        Defendant.              :
```

**ORDER**

**AND NOW**, this **23rd** day of **March, 2020,** it is hereby **ORDERED** that the trial in this case, previously scheduled for April 6, 2020, is **CONTINUED** until **May 18, 2020,** at 9:30 a.m. in Courtroom 15A, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**