IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF NEW YORK


NUANCE COMMUNICATIONS, INC.,    :
                                :         CIVIL ACTION
          VS.                   :
                                :         NO: 16-CV-5173 (ECR)
INTERNATIONAL BUSINESS          :
MACHINES CORP.

                              ORDER

   **AND NOW,** this 8th day of April, 2020, it is hereby **ORDERED** that a **telephone status conference** is scheduled for **Monday, May 4 at 2:00 p.m.**, before the Honorable Eduardo C. Robreno, to discuss resuming trial and other related matters.


   **Counsel shall call-in as follows: 888-684-8852, Access Code: 4218221#.**



                                   BY THE COURT


                                    s/Eduardo C. Robreno
                                   Hon. Eduardo C. Robreno