```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF NEW YORK
```

| | | |
|---|---|---|
| Nuance Communications, Inc., | : | CIVIL ACTION |
| | : | NO. 16-5173 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| International Business | : | |
| Machines Corporation, | : | |
| | : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this **8th** day of **May, 2020**, it is hereby **ORDERED** that the trial in this case, previously scheduled for May 18, 2020, is **CONTINUED** until **July 27, 2020,** at 9:30 a.m. in Courtroom 15A, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania. It is **FURTHER ORDERED** that as of May 8, 2020, the following attorneys are attached for trial on July 27, 2020: David J. Lender, Esq., Jessica L. Falk, Esq., Kevin S. Reed, Esq., and Elinor C. Sutton, Esq.

**AND IT IS SO ORDERED.**

         */s/ Eduardo C. Robreno*
         **EDUARDO C. ROBRENO, J.**