```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF NEW YORK


NUANCE COMMUNICATIONS, INC.,    :
                                :        CIVIL ACTION
            VS.                 :
                                :        NO: 16-CV-5173 (ECR)
INTERNATIONAL BUSINESS          :
MACHINES CORP.
```

ORDER

**AND NOW,** this **5th** day of **June, 2020**, it is hereby **ORDERED** that a **telephone status conference** is scheduled for <u>**Tuesday, June 24, 2020 at 10:00 a.m.**</u>, before the Honorable Eduardo C. Robreno, to discuss resuming trial and other related matters.

**Counsel shall call-in as follows: 888-684-8852, Access Code: 4218221#.**

```
                                     BY THE COURT


                                      s/Eduardo C. Robreno
                                     Hon. Eduardo C. Robreno
```