IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Nuance Communications, Inc., | : | CIVIL ACTION |
| | : | NO. 16-5173 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| International Business Machines Corporation, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this **29th** day of **June, 2020,** it is hereby **ORDERED** that the bench trial in this case will proceed with one day of live testimony on **July 28, 2020,** at 9:00 a.m. in Courtroom 13B, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania. All remaining fact witnesses (not expert witnesses) shall testify on this day.

It is **FURTHER ORDERED** that the following attorneys remain attached for trial on July 28, 2020: David J. Lender, Esq., Jessica L. Falk, Esq., Kevin S. Reed, Esq., and Elinor C. Sutton, Esq.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**