IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Nuance Communications, Inc., | : | CIVIL ACTION |
| | : | NO. 16-5173 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| International Business Machines Corporation, | : | |
| | : | |
| Defendant. | : | |

### ORDER

**AND NOW**, this **6th** day of **July, 2020**, it is hereby **ORDERED** that a telephone conference will be held on **July 20, 2020, at 2:00 p.m., before the Honorable Eduardo C. Robreno**, and all parties are to call in to the conference call center at **888-684-8852** and use the access code **4218221#**. The purpose of the conference is to discuss final logistical arrangements for the trial date of July 28, 2020.

It is **FURTHER ORDERED** that the parties shall meet and confer to determine the feasibility of, and a protocol for, proceeding with the expert witness testimony portion of the bench trial through a virtual medium, and the parties shall present to the Court a written proposed protocol by **July 16, 2020**. The proposal should suggest dates, no later than August 21, 2020, for the virtual expert witness testimony proceedings.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**