```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF NEW YORK

Nuance Communications, Inc.,   :   CIVIL ACTION
                               :   NO. 16-5173
        Plaintiff              :
   v.                          :
                               :
International Business         :
Machines Corporation,          :
                               :
        Defendant.             :
```

**ORDER**

**AND NOW**, this **31st** day of **July, 2020**, it is hereby **ORDERED** that:

1. The parties shall submit proposed findings of fact and conclusions of law, with pinpoint citations to the record, by **August 24, 2020**;

2. The parties shall submit memoranda, of less than twenty pages in length, setting forth the legal and factual support for their proposed findings of fact and conclusions of law, with pinpoint citations to the record, by **August 24, 2020**;

3. The parties shall submit memoranda setting forth the relevant and determinative issues (no more than five issues) and discussing the support for their positions on each issue, limited to one page for each issue, with pinpoint citations to the record, by **September 7, 2020**; and

4. The Court will set a date for closing arguments at a later time.

**AND IT IS SO ORDERED.**

        */s/ Eduardo C. Robreno*
        **EDUARDO C. ROBRENO, J.**