IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NUANCE COMMUNICATIONS, INC., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | No. 16-5173 |
| | : | |
| v. | : | |
| | : | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this **2nd** day of **September, 2020,** it is hereby **ORDERED** that Daniela Kirsztajn is withdrawn as counsel of record for Plaintiff.[1] Ms. Kirsztajn will be removed or marked withdrawn from the case docket, the Clerk shall terminate the delivery of all Notices of Electronic Filing addressed to Daniela.Kirsztajn@weil.com, and her name shall be removed from any applicable service lists.

**AND IT IS SO ORDERED.**

DATE: __09/02/2020_____

*Eduardo C. Robreno*
_____
EDUARDO C. ROBRENO

---

[1] In a notice to the Court, Counsel for Nuance advised that Ms. Kirsztajn is no longer affiliated with Weil, Gotshal & Manges LLP. Weil will continue to serve as counsel for Nuance.