# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NUANCE COMMUNICATIONS, INC., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | No. 16-5173 |
| | : | |
| v. | : | |
| | : | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION | : | |
| | : | |
| Defendant. | : | |

## ORDER

**IT IS HEREBY ORDERED** that the parties shall attend a status conference on **February 17, 2021, at 2:00 p.m.** to discuss an appropriate date for closing arguments. The parties shall call in as follows: **571-353-2300, Code: 728 193 472#.**


DATE:  __2/12/2021_____                               __/s/ Eduardo C. Robreno_____
                                                                                   EDUARDO C. ROBRENO