# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NUANCE COMMUNICATIONS, INC., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | No. 16-5173 |
| | : | |
| v. | : | |
| | : | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW,** this **18th** day of **February, 2021,** after a status conference on February 17, 2021, **IT IS HEREBY ORDERED** that closing arguments in this case shall occur on **March 1, 2021, at 10:00 a.m.** in Courtroom 15A, James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.[1]


DATE:  __2/18/2021__          _/s/ Eduardo C. Robreno_____
                                                            EDUARDO C. ROBRENO

---

[1] Upon request, the Court will supply a link to those who may be interested in observing the proceeding by video. Those who are interested can email Ron Vance at ron_vance@paed.uscourts.gov.