# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NUANCE COMMUNICATIONS, INC., | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | No. 16-5173 |
| | : | |
| v. | : | |
| | : | |
| INTERNATIONAL BUSINESS MACHINES CORPORATION | : | |
| | : | |
| Defendant. | : | |

## JUDGMENT

**IT IS HEREBY ORDERED** that judgment is entered in favor of International Business Machines Corp. and against Nuance Communications, Inc. for the reasons explained in the accompanying memorandum. The Clerk of Court shall mark the case **CLOSED**.

DATE:  6/21/2021

*Eduardo C. Robreno*
EDUARDO C. ROBRENO